UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM Y. TREVILLION

    Plaintiff,

    v.

DONNA EARLE, et al.,

    Defendants.
_____/

No. C 05-3997 PJH

**ORDER OF DISMISSAL**

Pro se plaintiff Kim Y. Trevillion filed this action on October 3, 2005, alleging discrimination in housing in violation of the Fair Housing Act, 42 U.S.C. § 3601, et seq. She also requested leave to proceed in forma pauperis ("IFP"). On November 17, 2005, the court dismissed the complaint pursuant to 28 U.S.C. § 1915(e), and denied the IFP request.

The dismissal was with leave to amend. The order advised plaintiff that if she failed to file an amended complaint by December 20, 2005, the court would dismiss the case. Plaintiff having failed to file an amended complaint, the court finds that the action must be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 4, 2006

                              _____
                              PHYLLIS J. HAMILTON
                              United States District Judge